AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chen, Raymond T. | Court of Appeals for Federal Circuit | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Financial National Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CollegeBoundfund Age-Based Moderate Growth Portfolio | | None | M | T | | | | | |
| 2. SunTrust Bank Accounts | A | Interest | L | T | | | | | |
| 3. Fidelity Case Reserves | A | Interest | L | T | | | | | |
| 4. AllianceBernstein Balance Wealth Strategy Fund | A | Dividend | J | T | | | | | |
| 5. JNL/Mellon Capital Management 25 Fund | | None | L | T | Buy (add'l) | 06/20/13 | K | | |
| 6. JNL/JP Morgan U.S. Government & Quality Bond | | None | | | Sold | 06/20/13 | K | B | |
| 7. JNL/Goldman Sachs Core Plus Bond | | None | | | Sold | 06/20/13 | L | B | |
| 8. JNL/PIMCO Total Return Bond | | None | | | Sold | 06/20/13 | K | B | |
| 9. JNL/Mellon Capital Management Oil & Gas Sector | | None | K | T | | | | | |
| 10. JNL/Ivy Asset Strategy | | None | M | T | | | | | |
| 11. JNL/PIMCO Real Return | | None | | | Sold | 06/20/13 | L | B | |
| 12. Aberdeen Asia Bond Institutional | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 13. Aston/Optimum Mid Cap I | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 14. BlackRock Liquidity T-Fund Mgmt | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 15. Driehaus Active Income Fund | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 16. Federated Interm Govt/Corp Svc | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 17. Federated Total Rtrn Govt Instl Svc | A | Dividend | | | Sold | 06/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Federated Short-Term Income Fund | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 19. iPath Seasonal Natural Gas ETN | | None | | | Sold | 05/31/13 | J | A | |
| 20. iShares Dow Jones US Home Construction | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 21. iShares Dow Jones US Real Estate | A | Dividend | | | Sold<br>(part) | 05/16/13 | J | A | |
| 22. | | | | | Sold | 5/17/13 | J | | |
| 23. JPMorgan Core Bond A | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 24. Lazard US Global Listed Infrastructure | | None | | | Sold | 06/18/13 | J | A | |
| 25. Merger Fund | A | Dividend | | | Sold | 01/25/13 | J | A | |
| 26. PIMCO Investment Grade Corp Bd Admin | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 27. PIMCO Low Duration Admin | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 28. Ramius Dynamic Replication Fund | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 29. Ramius Strategic Volatility I | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 30. Ramius Trading Strat Managed Futures I | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 31. T. Rowe Price High Yield Adv | A | Dividend | | | Sold | 05/20/13 | J | A | |
| 32. T. Rowe Price Short Term Bond Adv | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 33. T. Rowe Price U.S. Bond Index | A | Dividend | | | Sold | 06/18/13 | J | A | |
| 34. SPDR Gold Trust (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Barclays ETN S&P Dynamic VEQTOR ETN (Y) | | | | | | | | | |
| 36. ProShares Ultra Pro Short S&P500 (Y) | | | | | | | | | |
| 37. AQR Managed Futures Strategy N (Y) | | | | | | | | | |
| 38. Natixis ASG Managed Futures Strategy A (Y) | | | | | | | | | |
| 39. Rydex Series Trust US Government (Y) | | | | | | | | | |
| 40. MainStay Epoch Global Equity Yield (Y) | | | | | | | | | |
| 41. Arbitrage Fund Class R (Y) | | | | | | | | | |
| 42. JNL/S&P Intrinsic Value | None | | K | T | Buy | 06/20/13 | K | | |
| 43. JNL/Mellon Capital Healthcare Sector | None | | K | T | Buy | 06/20/13 | K | | |
| 44. JNL/Mellon Capital Small Cap Index | None | | K | T | Buy | 06/20/13 | K | | |
| 45. JNL/S&P Total Yield | None | | K | T | Buy | 06/20/13 | K | | |
| 46. JNL/Mellon Capital S&P SMid60 | None | | K | T | Buy | 06/20/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII:  Lines 1-5 and 9-10 were previously reported in the Financial Disclosure Report Nomination Filing.

Section VII: Lines 6-8 and 11-33 were sold during the reporting period.

Section VII:  Lines 34-41 were sold in 2012.

Section VII:  Lines 42-46 were purchased during the reporting period.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Chen, Raymond T. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond T. Chen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544